

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

Thomas G. Bruton                                                          312-435-5670
Clerk

Date: 11/15/2025

Re: Bavne LLC v. The Defendants Identified on Schedule A
USDC Case Number: 1:25-cv-13482

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been
received. Additional information is required for the completion of reports that are forwarded by
this office to the Registrar of Patents/Trademarks.

The following additional information is required:

| PATENT OR TRADEMARK NUMBER | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

Sincerely yours,

Thomas G. Bruton, Clerk

By: /s/ J. Mejia
        Deputy Clerk

Rev. 11/18/2016